*In re* CARL G. FREDERICK AND MAUDE FREDERICK,
*Petitioners.*

**No. 13,837.** (76 Pac. 1129.)

Original proceeding in *habeas corpus.* Opinion filed May 7, 1904. Petition denied.

*Oyler & Madison,* for petitioners.

*Branine & Branine,* and *H. C. Bowman,* for respondents.

*Per Curiam:* This proceeding is brought to obtain the custody of a child two and one-half years old. The testimony shows that the best interests of the child will be subserved by leaving her with the respondents, and judgment is rendered accordingly, with costs.

The petition is denied.